260

Cap S. McELROY, Appellant,

v.

COBOURN, NOTNAGEL, SMITH &
MORAN et al., Appellees.

No. 11830.

United States Court of Appeals,
Sixth Circuit.

Dec. 3, 1953.

Cap S. McElroy, pro se.

Cobourn, Yager, Notnagel, Smith &
Moran, J. I. O'Connor, Toledo, Ohio, for
appellees.

Before SIMONS, Chief Judge, and
ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This appeal having been heard upon
the record, briefs and argument for the
parties, the appellant appearing in personam;

And the Court being of the opinion
that the ruling of the District Judge in
sustaining the motions of the appellees
to dismiss the complaint with prejudice
was not erroneous, see Bottone v. Lindsley, 10 Cir., 170 F.2d 705, cited by the
District Judge;

It is ordered that the judgment of the
District Court be affirmed.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

ARKANSAS RICE GROWERS CO-
OPERATIVE ASS'N.

No. 14973.

United States Court of Appeals,
Eighth Circuit.

Dec. 9, 1953.

David P. Findling, Assoc. Gen. Counsel, and A. Norman Somers, Asst. Gen.
Counsel, National Labor Relations Board,
Washington, D. C., for petitioner.

John L. Daggett, Marianna, Ark., for
respondent.

C. Maxwell BROWN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 11980.

United States Court of Appeals,
Sixth Circuit.

Dec. 8, 1953.

Lee S. Jones, Louisville, Ky., J. W.
Clements, Louisville, Ky., for appellant.

J. Leonard Walker, Charles F. Wood,
Louisville, Ky., for appellee.

Before SIMONS, Chief Judge, and
ALLEN and McALLISTER, Circuit
Judges.

PER CURIAM.

This case came on to be heard upon
the record and briefs and oral argument
of counsel;

And it appearing that the instructions
given to the jury by the District Court
taken as a whole are clear and correct
under the applicable law, Lurding v.
United States, 6 Cir., 179 F.2d 419;
Battjes v. United States, 6 Cir., 172 F.
2d 1;

And it appearing that the District
Court in denying the motion for new
trial did not abuse its discretion, Quercia v. United States, 1 Cir., 70 F.2d 997,
999. Cf. Nicely v. United States, 6 Cir.,
129 F.2d 357, 358; 12 Cyclopedia of
Federal Procedure, 230–232;

And it appearing that the verdict of
the jury is supported by substantial and